1  Douglas M. Lash
   McKENZIE ROTHWELL BARLOW
2    & COUGHRAN, P.S.
   1325 Fourth Ave, Suite 910
3  Seattle WA 98101
   Tel. (206) 224-9900
4  Fax (206) 224-9820
   douglasl@mrbclaw.com
5

6              UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WASHINGTON
7

8  BOARD OF TRUSTEES OF THE
   WESTERN METAL INDUSTRY
9  PENSION FUND,

10          Plaintiff,              NO.
          v.
11                                  COMPLAINT FOR COLLECTION OF
   ARTIC MACHINE, INC., UBI NO.     EMPLOYER WITHDRAWAL
12 602065675,                       LIABILITY

13          Defendant.

14

       For its complaint, plaintiff alleges as follows:
15

16          **I.  PARTIES, JURISDICTION AND VENUE**

17      1.      Plaintiff is the Board of Trustees of the Western Metal Industry Pension Fund

18 ("Trust").  The Trust is an "employee pension benefit plan" as defined in Section 3(2) of the

19 Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C.

20 § 1002(2), and a "multiemployer plan" as defined in Section 4001(a)(3) of ERISA, 29

21 U.S.C. § 1301(a)(3).  Plaintiff is the "plan sponsor" of the Trust, as defined in Section

22 4001(a)(10) of ERISA, 29 U.S.C. § 1301(a)(10).

COMPLAINT FOR COLLECTION OF EMPLOYER
WITHDRAWAL LIABILITY - 1

6301.000 pldgs tl051202

1     2.      Defendant Artic Machine, Inc. ("Artic") is a Washington corporation having

2    its principal offices in Grays Harbor County, Washington.

3     3.      Artic is an "employer" as defined in Section 3(5) of ERISA, 29 U.S.C. §

4    1002(5).

5     4.      As an employer, Artic was obligated to make employer contributions to the

6    Trust on behalf of certain of its employees under the terms of one or more collective

7    bargaining agreements.

8     5.      This Court has jurisdiction over this action pursuant to ERISA

9    § 4301(a)(2)(c), 29 U.S.C. 1451(a)(2)(c), and ERISA § 4221(b), 29 U.S.C. 1401(b).

10     6.      Venue is properly laid in this Court pursuant to ERISA § 4301(d), 29 U.S.C.

11    § 1451(d) and 28 U.S.C. § 1391(b) because the Trust is administered within this judicial

12    district.

13                   **II.  CLAIM FOR RELIEF**

14     7.      The "plan year" of the Trust for purposes of Section 4205 of ERISA, 29

15    U.S.C. § 1385, begins January 1 and ends the following December 31.

16     8.      Prior to September 30, 2013, Artic was obligated to make employer

17    contributions to the Trust on behalf of its employees under the terms of its collective

18    bargaining agreement.

19     9.      On September 30, 2013, Artic permanently ceased to have an obligation to

20    contribute to the Trust.

21     10.     On September 30, 2013, Artic had a complete withdrawal from the Trust for

22    the purposes of Section 4203 of ERISA, 29 U.S.C. § 1383.

COMPLAINT FOR COLLECTION OF EMPLOYER
WITHDRAWAL LIABILITY - 2

11.     As a result of its complete withdrawal, the Trust determined that Artic owes $330,240.00 in withdrawal liability.

12.     Pursuant to ERISA Section 4219(c)(1)(B), 29 U.S.C. § 1399(c)(1)(B), Artic is required to pay its withdrawal liability in eighty quarterly installment payments.

13.     On December 14, 2016, the Trust notified Artic in writing of its withdrawal liability and demanded payment in accordance with the installment schedule.   The first payment was due April 1, 2017.

14.     Artic did not make its first payment due on April 1, 2017.  On May 11, 2017, the Trust notified the employer that it had 60 days to cure its failure to make its initial withdrawal liability payment and that failure to do so would result in the declaration of a default.

14.     On May 25, 2017, Artic attempted to initiate arbitration in accordance with ERISA § 4221(a); 29 U.S.C. § 1401(a), but failed to file its notice with the American Arbitration Association as required by the Trust's Withdrawal Liability Procedures.

15.     On August 18, 2017, the Trust sent a letter to Artic advising the employer that it had not initiated arbitration in accordance with the Trust's Withdrawal Liability Procedures.  The Trust gave the employer an additional 30 days to initiate arbitration in accordance with the Trust's Withdrawal Liability Procedures.

16.     More than sixty days have passed since the Trust's May 25, 2017 letter. Artic failed to make the required payment and is accordingly in default pursuant to Section 4219(c)(5) of ERISA, 29 U.S.C. § 1399(c)(5).

17.     Artic did not initiate arbitration within the 30 day extension provided by the

COMPLAINT FOR COLLECTION OF EMPLOYER
WITHDRAWAL LIABILITY - 3

6301.000 pldgs tl051202

1    Trust in its August 18, 2017 letter.

2         17.    Pursuant to Section 4221(b)(1) or ERISA, 29 U.S.C. § 1401(b)(1), Artic

3    owes the Trust immediate payment of $330,240.00 in withdrawal liability.

4         18.    Under the terms of the Trust Agreement and Sections 4301(b), 515, and

5    502(g)(2) of ERISA Artic is obligated to pay liquidated damages, interest, reasonable

6    attorney's fees, and costs and expenses of suit to be determined upon motions at trial.  29

7    U.S.C. §§ 1451(b), 1145, 1132(g)(2).

8         WHEREFORE, Plaintiff Western Metal Industry Pension Fund prays for judgment:

9    (a)    Requiring Artic Machine, Inc. to pay the full amount of $330,240.00 in

10               withdrawal liability to the Trust, calculated in accordance with subsection

11               4225(b) of ERISA,

12   (b)    For attorney fees and costs, pursuant to Section 502(g) of ERISA, 29 U.S.C.

13               § 1132(g); and

14   (c)    For such other and further relief as this Court deems just and equitable.

15        DATED this 6th day of December, 2018.

16                                            s/ Douglas M. Lash

17                                         Douglas M. Lash WSBA #48531
                                           McKENZIE ROTHWELL BARLOW
18                                          & COUGHRAN, P.S.
                                           1325 Fourth Ave., Suite 910
19                                         Seattle WA 98101
                                           Tel. (206) 224-9900
20                                         Fax (206) 224-9820
                                           douglasl@mrbclaw.com
21                                         Attorneys for Plaintiff Trust Fund

22

COMPLAINT FOR COLLECTION OF EMPLOYER
WITHDRAWAL LIABILITY - 4

6301.000 pldgs tl051202